Home Bank and Trust Company, appellee, v. Tekla Dziadulewicz et al., Stanley Adamski, impleaded, appellant.

Stanley Adamski, appellant, v. Home Bank and Trust Company, appellee. Gen. No. 35,445.

Opinion filed May 4, 1932. Rehearing denied May 20, 1932.

Ewart Harris, for appellant. Cheney & Peterson, for appellee; Eugene E. Dornbaugh, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Anna Olitzky, appellee, v. Molly Bloom and Paul Bloom, appellants. Gen. No. 35,454.

Opinion filed May 4, 1932. Rehearing denied May 20, 1932.

Henry H. Koven, for appellants. Paul H. Hirschfield and Charles T. Kramer, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Lawrence M. Eilert, appellee, v. Andrew A. Rosencrans and Roy Rosencrans, appellants. Gen. No. 35,502.

Opinion filed May 4, 1932.

George E. Fidler, for appellants. Thomas B. Lantry, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Willard Monsen, trading as Monsen & Monsen, appellant, v. John George Wendell, appellee. Gen. No. 35,511.

Opinion filed May 4, 1932.

Arthur Chittick, for appellant. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.